## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**PHILIP REEVES SIMS,** :
**AIS 170327,**
: 
    **Plaintiff,**
:
**vs.**                                                                CA 07-0139-CG-C
:
**JODY WISE CAMPBELL, et al.,**
:
    **Defendants.**

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's civil rights action be dismissed prior to service of process, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), because plaintiff can prove no set of facts to avoid the applicable statute of limitations bar.

**DONE** this 7th day of January, 2008.

                                                            /s/ Callie V. S. Granade
                                                            CHIEF UNITED STATES DISTRICT JUDGE